ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SCANNED

THADDEUS TAYLOR : CASE NO. C.A. 05-406S

v. :

Correctional officer BLAIN, ET AL. : November 4, 2005

PETITIONER'S MOTION FOR DEFAULT AGAINST RESPONDENTS FOR FAILURE TO RESPOND

The petitioner Thaddeus Taylor, in the above captioned matter respectfully moves this Honorable Court for an order of default against the Respondents for their failure to timely file their response to the petition as was ordered by the Court to do so on or before October 28, 2005. Because the Respondents failed to timely comply to the Court's order... the petitioner now moves this Honorable Court to issue an order of default against the respondents in this matter and grant the petition sought relief as a sanction. Wherefore it is so moved.

Respectfully Submitted,

[signature] prose

Thaddeus Taylor #128275
A.C.I.-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a copy of this motion of default was mailed to Attorney Kathleen McKelly, RIDOC, 40 Howard Ave, Cranston, RI 02920 on this 4th day of November, 2005. Postage paid.

[signature] prose

Thaddeus Taylor #128275