UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor, Petitioner ; CASE NO. C.A. 05-406 S

v. ;

Correctional Officer Blain; RIDOC, et al ; November 17, 2005

MOTION FOR TEMPORARY INJUNCTIVE RELIEF PROHIBITING RESPONDENTS FROM INTERFERRING IN WORK PRODUCTIVITY; Harassment

The Petitioner Thaddeus Taylor, in the above captioned matter respectfully moves this Honorable Court for an order granting temporary Injunctive relief against the Respondents, to include their Representatives -- RIDOC employees at the High Security Facility -- Prohibiting them from harassing, threatening, retaliating against, intimidating against or interfering with the Petitioner's ability to Adequately Access to his Legal case files and Law Library -- as punishment for him litigating this matter. On November 17, 2005 and Prior to, LT. Willigan, C/o Woods, C/o Oliver, C/o Calise, C/o Blain, Deputy Warden Collins, Warden James Weeden and Director A.T. Wall have repeatedly harassed, retaliated against and allowed others to do the same against the Petitioner as punishment for him excercising his Constitutional Rights.

Respectfully Submitted,
[signature]
Thaddeus Taylor #128225
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a Copy of this motion was Mailed to Attorney Kathleen Kelly, RIDOC 40 Howard Ave Cranston, RI 02920 on this November 17, 2005 - Postage Prepaid.

[signature], pro se
Thaddeus Taylor #128225

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR ; CASE NO. C.A.05-406S

v. :

Correctional officer Blain;
RIDOC, et al. : November 17, 2005

## MEMORANDUM OF LAW INSUPPORT OF PETITIONER'S MOTION FOR TEMPORARY INJUNCTIVE RELIEF; Protective ORDER

The petitioner Thaddeus Taylor, in the above captioned case respectfully Submits this Memorandum in Support of his MOTION FOR TEMPORARY INJUNCTIVE RELIEF and Protective order. Specifically, the Petitioner submits that on November 17, 2005 Respondents and their representatives LT. William Galligan, Correctional officer Woods, Correctional officer Oliver engaged in Retaliatory Acts against the petitioner - by Shaking down his cell (C/o woods) throwing all of the Petitioner's Personal Property on the floor, including food items, Legal work, and his case files. Respondents A.T. Wall, Weeden, Collins and Chief Inspector Aaron Alderich was also advised of this three employees misconducts however, they were not disciplined todate. C/o woods further wrote the petitioner a disciplinary report for 'Contraband' as punishment and a retaliatory act against him because he had previously filed formal Complaints against her.. and others (to include the respondents.. LT. Galligan & C/o Oliver see C.A 05-118T Taylor v. CTDOC et al (pending Appeal 05-2552))

Although, the petitioner did nothing wrong, Correctional officer Woods and LT. Galligian sought to Retaliate and harass the petitioner by writing him a "bogus" booking for Contraband. All the items in the petitioner's cell were Authorized and/or provided to him by C/O Pierce, property officer-(items the petitioner had while in CT DOC facilities).. Additionally, LT. Galligan ordered that the Petitioner Legal case files be Confiscated from him, thus preventing him to adequately respond to, and litigate the instant matter... as well to prevent the petitioner from litigating his other pending Legal matters, inwhich the respondents are named defendants.

This is not the first time the Respondents and/or their representatives have denied the Petitioner Adequate Access to his Legal Case files, Law Library, issued bogus disciplinary tickets against him as retaliatory Act(s) and harassed the Petitioner.. the Petitioner now Respectfully Moves this Honorable Court for order granting temporary Injunctive Relief.

Respectfully Submitted,

[signature] pro se
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this Memorandum was mailed to Attorney Kathleen Kelly, RIDOC 40 Howard Ave Cranston, RI 02920 on this 17th day of November, 2005 Postage Prepaid.

[signature] pro se
Thaddeus Taylor