UNITED STATES DISTRICT COURT Original
DISTRICT OF RHODE ISLAND

Thaddeus Taylor : CASE No. C.A. 05-406S
(7th) ~~CASE NO. C.A. 05-4023~~ (7th)

v. :

Correctional officer Blain;
Director A.T. Wall, Rhode :
Island Dept. Correction, CT
Department of Correction, et al

December 2, 2005

## PROSE PETITIONER'S REPLY TO 'OBJECTION'

The petitioner Thaddeus Taylor, respectfully files this 'objection' to and Reply to the defendants Memorandum and objections to the petitioner's motion for Temporary Injunctive Relief--against the Respondents.. filed by Attorney Kathleen Kelly, (RIDOC Legal Counsel office).. Specifically the Petitioner states the representations being made by Attorney Kelly, are infact not being adhered to by the prison officials and have not been for several months.. they are pleadings being submitted to this Honorable Court to mislead the Court about the 'truth'. (See Affidavit of the petitioner dated December 2, 2005.)

Accordingly, the petitioner requests the Court to conduct further evidentiary hearing on these matters.

Respectfully submitted
[signature] prose
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a copy of this motion was mailed to Attorney Kathleen Kelly, RIDOC, 40 Howard Ave, Cranston, RI 02920 on this 2 day of December, 2005

[signature] prose
Thaddeus Taylor #128275