UNITED STATES DISTRICT COURT Original
DISTRICT OF RHODE ISLAND

THADDEUS Taylor : C.A. NOS. 05-406 S
v. : ~~C.A. Nos. 05-407 S~~ (7mz) (7mz) (7mz)
:
Correctional officer Blain, A.T. WALL, Donna Collins, Thersa Lantz, Rhode Island Dept. of Corrections etal : DECEMBER 2, 2005

AFFIDAVIT OF THADDEUS Taylor IN REPLY TO DEFENDANTS' OBJECTION MEMORANDUM TO TEMPORARY INJUNCTIVE Reliefs

1. I am a U.S citizen, above the Age of 18 years old.
2. I understand and believe in the OAth.
3. I'm the Plaintiff/petitioner in the above captioned matter(s), as well I have several other Pending civil matters and appeals against the Rhode Island Dept. of Corrections. I also have several Pending Criminal & civil appeals and postconviction relief motions before Connecticut Court(s).. All of which I have imminent Court deadlines. I'm unable to meet these deadlines as a result of the Respondents "Retaliatory Acts" and denial of me to Adequate Access to the Courts.
4. I have read the objection memorandum filed by Attorney Kathleen Kelly, on behalf of the Respondents and Rhode Island Dept. of Corrections dated November 30, 2005.. and STATE that the representations being made to the Court are "untrue" and statements made with reckless disregard for the truth.

5. Currently, I am being denied Access to my Legal Case files by the Respondents and I can not adequately prepare my Pleadings, briefs and conduct my research in the instant matters as well as my other pending matter.

6. I'm not being allowed to exchange my Legal Case files (one cubic foot) each day. LT. Galligan, Deputy Warden Donna Collins, Director A.T. Wall refuses to enforce the policy and procedure(s) that Attorney Kelly have stated in her Memorandum. If I was allowed to exchange my legal case files every day I would not be filing the instant motion for the Court to intervene. As Retaliation and harassment, among other things the Rhode Island Dept. of Corrections is prohibiting me Adequate Access to his Legal case files and the Courts.

7. Additionally, I'm being "harassed", retaliated against and Discriminated against as a result of my Race by the Rhode Island Dept. of Corrections employees and the Respondent(s). I have filed several formal Complaints to the **Top** Administrators of the RIDOC Office of Inspections, and the RIDOC - Office of Legal Counsel Attorney(s) Patricia A. Coyne-Fague Chief Legal Counsel and Attorney Kathleen Kelly. to date None of my issues have been resolved or Corrected. Staff is still being allowed to harass ~~Deny me Access to The Courts~~ Retaliate and

8. I have been incarcerated for the past decade, And prior to my Arrival at the High Security Facility in RIDOC.. I have not received a disciplinary infraction from Connecticut Dept. of Corrections.. since "1996". I am a 'model inmate' and do not disobey the Rules and regulations that governs me. I do however excerise my Constitutional Rights to file formal Complaints against RIDOC Staff and Supervisors, Inmate grievances, and civil Lawsuits.. for these reasons, among other things.. RIDOC, Customs and policies of imbedded "RACIAL Discriminatory Practices"

9. MY Disciplinary Sanctions received at the High Security Facility todate are all being appealed, however they were given to me by staff that I had Complained about being unprofessional and engaged in Retaliatory Acts and/or Racial Discriminatory Practices... They were given to me as "Retaliatory Acts" and 'harassment'.. not because I actually did anything wrong for the most part.

10. C/o Woods, 'Shakedown' my cell on November 17, 2005; November 23, 2005 and November 26, 2005.. throwing my Legal casefiles and paper work on the floor.. She also, currently opens and read my U.S. mail (The mail is inspected by the mailroom staff - who is the only individual authorized to inspect for contraband the U.S. mail.. C/o woods, 'opens' unstable my mail to read it.. so she could harass me, retaliate against etc..

this problem was brought to the Top Administrators Attention, Director A.T. Wall, Donna Collins, Office of Inspections, LT. Galligian and others.. and todate c/o woods have not been disciplined -- or stopped (Prison officials however did admit, that c/o woods absolutely had no Authority to unstable and Read any of the U.S. mail of the inmates.. her Job was only to pass it out when given to her.)

11. ON November 18, 2005, november 23, 2005 through December 1, 2005, c/o woods, LT. Galligian and other Top Prison official systematically denied me the privileges (as other inmates are allowed) to purchase "Commissary" from Nov. 18 — December 1, 2005 as "Punishment" and "harassment".. of me. More importantly, I was denied the right to purchase U.S. postage stamps, paper and pens by the Prison officials.. preventing me from adequately litigating and the ability to file Legal documents with the Courts. When I sent Legal mail to the mail room.. using a money transfer slip (to pay for postage) my Legal mail was returned to me.. telling me to 'buy stamps'.. despite the fact I had been systematically denied the ability to do so. LT. Galligian stated he would correct the problem.. but never did todate, as well as others.

12. The prison officials further fails to conduct full and through investigations into my Claims.. they rather only attempt to "cover-up" the misconducts.. and Protect staff from liability at all costs.. Todate no staff have yet to

disciplined for their wrong doings, 'threats', harassment, retaliatory Acts, Racial Discriminatory practices, unfair treatment of inmates or otherwise.

13. On or about November 17, 2005 through December 1, 2005 (And previously approximately 2 months ago).. I filed several complaints against c/o woods, c/o oliver, and LT-Galligan.. asking that they be prohibited from working the "Protective Custody Unit" where I'm housed at RIDOC-(A-Mod).. especially c/o woods.. because I was afraid she would "set me up" to be assaulted, given additional outside charges, more Retaliatory Acts and bogus disciplinary reports.. todate, c/o woods is still being allowed to work the 'A-mod' and continue to harass and retaliate against me. Additionally, on or about November 30, 2005.. Attorney Kathleen Kelly and Patricia A. Coyne-Fague.. attempted to persuade the Office of Inspections.. to Lock me up in 'Segregation' for making 'threats' -- when infact all I have been doing was making formal complaints about c/o woods 'unprofessionalism' and 'Retaliatory Acts' towards me -- as well Racial Discriminatory practices.. rather then correct the issues, stop the harassment and Retaliatory acts against me.. for excercising my legal Rights.

I swear under penalty of perjury the above statements are true and correct to the best of knowledge.

[signature], prose
Thaddeus Taylor #128275
ACI HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this Affidavit was mailed to the Respondents, Attorney Kathleen Kelly, RIDOC, 40 Howard Ave. Cranston, RI 02920

[signature], prose
Thaddeus Taylor