December 30, 2005

RE: Request Court to Take Judicial Notice.. (Related) C.A. 05-406S; C.A. 05-407S; C.A. 05-536T

FILED
JAN 05 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Dear Clerk of the Court:

Could you please take the liberty to ask the U.S. District Court Judges to take Judicial Notice of the recent decision of the USCA, First Circuit in my Consolidated Appeals -- Nos. 05-2337; 05-2342 (C.A. 05-265S; C.A. 05-278S)

.. I'm respectfully requesting that the Clerk's office take the liberty to advise the Judges of the recent decision -- stating the Respondent(s) motion to dismiss/summary dismissal filed by Attorney Kathleen Kelly.. were without merit all of her argument(s).

I'm submitting such.. because she also filed similar meritless motions in my other related case(s) C.A. 05-406S; C.A. 05-407S and I expect also.. C.A. 05-536T

Because the rulings are public documents -- I'm assuming that the Court could take Judicial Notice of such for all the above pending matters.. Also they are directly related disciplinary hearing at the (RIDOC - High Security facility).. Respectfully Submitted

[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200, Cranston RI