UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - -

Thaddeus Taylor :

v. : CA No. 05-406S

Correctional Officer Blain, :
Et al., :

- - - - - - - - - - - - - - - -

**ORDER**

This Court has reviewed the Report and Recommendation of Magistrate Judge Almond dated March 10, 2006, and Plaintiff's Objection to said Report. Pursuant to 28 U.S.C. §636(b)(1) the Report and Recommendation of Magistrate Judge Almond is hereby adopted.

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 3/28/06