AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR

V.

CORRECTIONAL OFFICER BLAIN, ET AL.

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 05-406S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF ALL DEFENDANTS, CORRECTIONAL OFFICER BLAIN; A.T. WALL, DIRECTOR, RIDOC; DONNA COLLINS, DEPUTY WARDEN (HSC); JAMES WEEDEN, WARDEN HSC; THERESA LANTZ, COMMISSIONER; AND LT. DOYLE, (RIDOC HSC) AGAINST PLAINTIFF PURSUANT TO AN ORDER DATED MARCH 28, 2006 ADOPTING MAGISTRATE JUDGE ALMOND'S REPORT AND RECOMMENDATION GRANTING DEFENDANTS' MOTION TO DISMISS AND DISMISSING PLAINTIFF'S PETITION WITH PREJUDICE.**

March 29, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk